**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                                       Case No. 08-20103

**v.**

                                       Hon. Victoria A. Roberts

**D-2  OMAR MACKIE,**

    **Defendant.**

_____

**ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

The Court, on its own Motion, finds there is reasonable cause to believe that Defendant OMAR MACKIE suffers from a mental disease or defect which may affect the sentence the Court should impose. Accordingly, pursuant to the Insanity Defense Reform Act of 1984, 18 U.S.C. §§ 4241- 4247, it is Ordered that:

    1. Defendant is committed to the custody of the Attorney General for a psychiatric or psychological evaluation for a period not to exceed 30 days pursuant to 18 U.S.C. § 4247(b). The director of the facility performing the examination may apply for a reasonable extension of time, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.

    2. While the Court is mindful that the evaluation is to be conducted at the closest Federal Correctional Medical Institute, pursuant to 18 U.S.C. §§ 3552(b) and 4247(b), the Court recommends the Federal Medical Center in Rochester, Minnesota.

    3. The examining psychiatrist or psychologist will prepare, as soon as practical, pursuant to 18 U.S.C. § 4247(c), a written report that includes: (1) the defendant's

history and present symptoms; (2) description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; (4) the examiner's opinions concerning how Defendant's mental condition should affect the sentence; and (5) any other matters the examiner believes are pertinent to the factors set forth in 18 U.S.C. § 3553(a).

4. The examiner must promptly file the written report with the Court and provide copies to defense counsel and the attorney for the Government.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: October 28, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 28, 2008.

s/Carol A. Pinegar
Deputy Clerk